UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PEÑA, Rio Hondo ISD Superintendent, INA TAMEZ, Rio Hondo High School Principal, and DAVID ROBLEDO, Rio Hondo High School Athletic Director, in their individual and official capacities, | § § § § § § § | |
| Defendants | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATE REGARDING FINANCIAL INTEREST IN OUTCOME OF LITIGATION**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff states that she is currently aware of the following entities who may be financially interested in the outcome of this litigation:

1)   Julie Chancler, Plaintiff; and

2)   Texas Civil Rights Project
     2212 E. Martin Luther King Blvd.
     Austin, Texas 78702.

Dated: January 11, 2002.

Respectfully submitted,

_____
James C. Harrington
State Bar No. 09048500
Andrea M. Gunn
State Bar No. 24027056

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.
Austin, Texas 78702

(512) 474-5073
(512) 474-0726 (Fax)

ATTORNEYS FOR PLAINTIFF
