4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 25 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JULIE CHANCLER | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-207 |
| | § | (Jury Requested) |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ AND DAVID ROBLEDO | § § § | |

## DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff - Julie Chancler

2. Defendant - Rio Hondo Independent School District

3. Defendant - Rolando Peña

4. Defendant - Ina Tamez

5. Defendant - David Robledo

6.     Texas Association of School Boards (TASB)

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Ste. 460
        3505 Boca Chica Blvd.
        Brownsville, Texas 78521
        Telephone  : (956) 541-1846
        Facsimile   : (956) 541-1893

BY: _____
     EILEEN LEEDS
     State Bar No. 00791093
     Federal I. D. No. 16799

     SETH MOORE
     State Bar No. 24027522
     Federal I. D. No. 28488

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing, **DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**, has been sent to all counsel of record via certified mail, return receipt requested, as follows:

James C. Harrington
Andrea Gunn
Texas Civil Rights Project
2212 E. Martin Luther King Blvd.
Austin, Texas 78702-1344

on this 25th day of January, 2002.

EILEEN LEEDS