UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JULIE CHANCLER | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-207 (Jury Requested) |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, in their individual and official capacities | § § § § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR SUBMISSION OF THEIR INITIAL DISCLOSURES TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Defendants, RIO HONDO I. S. D., ROLANDO PENA, INA TAMEZ AND DAVID ROBLEDO and file this their Notice to the Court of their submission of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court that they have submitted their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on March __12__, 2002.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> Telephone   : (956) 541-1846
> Facsimile   : (956) 541-1893
>
> BY: _/s/ Eileen M. Leeds_
> EILEEN M. LEEDS
> State Bar No. 00791093
> USDC Adm. No. 16799
>
> SETH MOORE
> State Bar No. 24027522
> USDC Adm. No. 28488
>
> **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing, **Defendants' Notice to The Court of Their Submission of Their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a),** has been forwarded to opposing counsel via certified mail, return receipt requested, as follows:

James C. Harrington
Andrea M. Gunn
TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344

on this ___12___ day of March, 2002

_____
EILEEN LEEDS