United States District Court
Southern District of Texas
FILED

MAR 1 1 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL | § | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD | § | |
| Superintendent, INA TAMEZ, Rio Hondo High | § | |
| School Principal, and DAVID ROBLEDO, Rio | § | |
| Hondo High School Athletic Director, in their | § | |
| individual and official capacities, | § | |
| Defendants | § | |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES
PURSUANT TO F.R.C.P. 26(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Plaintiff, Julie Chancler, by and through her counsel, the Texas Civil Rights Project, in the above entitled and numbered cause and files this Notice of Initial Disclosures pursuant to F.R.C.P. 26(a)(1).

The Plaintiff in the above entitled and numbered cause hereby notifies this Court that initial disclosure has been made to the Defendants.

Dated: March 8, 2002

Respectfully submitted,

*/s/ James C. Harrington*

James C. Harrington
State Bar No. 09048500
Andrea M. Gunn
State Bar No. 24027056
TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.
Austin, TX 78702-1344
(512) 474-5073 [telephone]
(512) 474-0726 [facsimile]

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on March 8, 2002, a true and correct copy of this document was forwarded, via certified mail, return receipt requested (**CMRRR 7000 1670 0010 2252 9813**), to counsel for Defendants, at the following address:

> Eileen Leeds/Seth Moore
> Willette & Guerra, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521

_____
Andrea M. Gunn