United States District Court
Southern District of Texas
FILED

MAR 13 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-207              DATE & TIME:    03-13-02 AT 2:00 P.M.

JULIE CHANCLER                         PLAINTIFF(S)    JAMES HARRINGTON
                                       COUNSEL

VS.

RIO HONDO ISD, ET AL.                  DEFENDANT(S)    EILEEN LEEDS
                                       COUNSEL

---

Attorney Andrea Gunn appeared telephonically and Seth Moore appeared in chambers for the initial pretrial conference.

Parties will submit an agreed scheduling order.