*11*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL | § | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD | § | |
| Superintendent, INA TAMEZ, Rio Hondo High | § | |
| School Principal, and DAVID ROBLEDO, Rio | § | |
| Hondo High School Athletic Director, in their | § | |
| individual and official capacities, | § | |
| Defendants | § | |

## ~~PROPOSED~~ SCHEDULING ORDER

1.  Trial: Estimated time to try: <u>4</u> days.                  ___ Bench    _X_  Jury

2.  New parties must be joined by:                      <u>04/30/02</u>

3.  The Plaintiff's experts will be named with
    a report furnished by:                                  <u>04/12/02</u>

4.  The Defendants' experts must be named with a report furnished
    within 30 days of deposition of the Plaintiff's expert.

5.  Discovery must be completed by:                  <u>08/16/02</u>

6.  Dispositive Motions will be filed by:              <u>09/16/02</u>

7.  Joint pretrial order is due:                            <u>09/23/02</u>

8.  Docket call and final pretrial conference is set
    for 1:30 p.m. on:                                        <u>09/30/02</u>

9.  Jury Selection is set for ~~9:00~~ *8:30* a.m. on:       <u>10/ 07/02</u>

This case will remain on standby until tried.

Signed __2-2  M A R C H__, 2002, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

James C. Harrington
State Bar No. 09048500
Andrea M. Gunn
State Bar No. 24027056

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King, Blvd.
Austin, Texas 78702-1344
(512) 474-5073 [telephone]
(512) 474-0726 [facsimile]

ATTORNEYS FOR PLAINTIFF

Eileen M. Leeds
State Bar No. 00791093
Seth Moore
State Bar No. 24027522

Willette & Guerra, L.L.P.,
International Plaza, Suite 460
35005 Boca Chica Boulevard
Brownsville, Texas 78521
(956) 541-1846 [telephone]
(956) 541-1823 [facsimile]

ATTORNEYS FOR DEFENDANTS

2

James C. Harrington
State Bar No. 09048500
Andrea M. Gunn
State Bar No. 24027056

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King, Blvd.
Austin, Texas 78702-1344
(512) 474-5073 [telephone]
(512) 474-0726 [facsimile]

ATTORNEYS FOR PLAINTIFF


Eileen M. Leeds
State Bar No. 00791093
Seth Moore
State Bar No. 24027522

Willette & Guerra, L.L.P.,
International Plaza, Suite 460
35005 Boca Chica Boulevard
Brownsville, Texas 78521
(956) 541-1846 [telephone]
(956) 541-1823 [facsimile]

ATTORNEYS FOR DEFENDANTS

2