United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PEÑA, Rio Hondo ISD Superintendent, INA TAMEZ, Rio Hondo High School Principal, and DAVID ROBLEDO, Rio Hondo High School Athletic Director, in their individual and official capacities, | § | |
| Defendants | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESS

Plaintiff, by and through her counsel, the Texas Civil Rights Project, files this Designation of Expert Witness in the above matter, as follows:

**James C. Harrington**
Texas Civil Rights Project
2212 E. Martin Luther King, Jr. Blvd.
Austin, Texas 78702
(512) 474-5073 [telephone]
(512) 474-0726 [facsimile]

Mr. Harrington has knowledge of Plaintiff's accrued and accruing attorneys' fees, litigation expenses, and costs that he, Andrea Gunn, and other members of the Texas Civil Rights Project's legal staff have accrued for their work, separately, in this litigation. Mr. Harrington's résumé is attached.

Dated: April 11, 2002

Respectfully submitted,

_____
James C. Harrington
State Bar No. 09048500

Andrea M. Gunn
State Bar No. 24027056

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.
Austin, TX 78702-1344
   (512) 474-5073 [telephone]
   (512) 474-0726 [facsimile]

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on April 11, 2002, a true and correct copy of this document was forwarded via facsimile and U.S. Post, to counsel for Defendants, at the following address:

Eileen Leeds/Seth Moore
Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
956/541-1893 [facsimile]

_____
Andrea M. Gunn

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, § | | |
| Plaintiff § | | Civil Action No. B-01-207 |
| §　 | | |
| v. § | | |
| § | | |
| RIO HONDO INDEPENDENT SCHOOL § | | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD § | | |
| Superintendent, INA TAMEZ, Rio Hondo High § | | |
| School Principal, and DAVID ROBLEDO, Rio § | | |
| Hondo High School Athletic Director, in their § | | |
| individual and official capacities, § | | |
| Defendants § | | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESS**

# EXHIBIT A:

# RÉSUMÉ OF JAMES C. HARRINGTON

# JAMES C. HARRINGTON
Director, Texas Civil Rights Project

**EDUCATION**

    Professional:    University of Detroit Law School (Detroit, Michigan)
                                  Juris Doctor (May 1973) (honors)

    Graduate:        University of Detroit
                                  M.A. Philosophy (May 1970) (honors)
                                  (Spanish and European philosophy)
                            University of Texas (Fall 1968)
                            University of Notre Dame (Summer 1968)

    Undergraduate:  Pontifical College Josephinum (Columbus, Ohio)
                                  B.A. Philosophy (May 1968) (honors)

**EMPLOYMENT**

    Founder and Director, Texas Civil Rights Project (September 1990 - present)
    Director, Americans with Disabilities National Backup Center
        1995-1998 (Advocacy, Inc.)
    Regional Litigation Attorney, Advocacy, Inc. (1993-1995)
    Legal Director, Texas Civil Liberties Union Foundation, Inc.
        January 1983 - September 1990
    Adjunct Professor, University of Texas School of Law (1986 - present)
        Civil Rights and Advanced Constitutional Law Seminars
    Adjunct Professor, St. Mary's University Law School (1990 - 1999)
        Disability Law and Texas Constitutional Law Seminars
    Adjunct Professor, St. Edward's University (Spring 1993 and 1992, Summer 1991)
    Professor, University of Salamanca (Spain) (Summer 1989, English Department)
    Staff Attorney and Director, South Texas Project (1973 - 1983)
    Columnist, *Texas Lawyer* (1988 - 1995)

**PROFESSIONAL**

    Admitted to practice law before United States Supreme Court and Texas Supreme Court
    Board of Advisors, Texas Hispanic Journal of Law and Policy (University of Texas Law School)
    Texas Advisory Board to the United States Civil Rights Commission (1998-present)
    Austin City Charter Revision Commission (1998-2000)
    Advisory Board (1989-present), State Constitutional Advisory Project,
        National Association of Attorneys General
    State Bar Committee on Legal Representation for Those on Death Row (1991-1997)
    Texas State Tuberculosis Elimination Coalition  (1994-1997)
    State Bar Committee on Federal Judicial Appointments (1983-1987)
    Governor, Lieutenant Governor, & Speaker's Joint Committee on Farm Worker Insurance
        (1983-1984)
    Texas Department of Health Task Force on AIDS

(Chair, Panel on Law and Ethics) (1985-1986)

**LANGUAGES**
Spanish (fluent), Latin

**MAJOR LITIGATION**
-- Directing 300 suits under Americans with Disabilities Act (1993-00)
 (and eight Texas ADA enforcement campaigns under Titles II and III)
-- Challenging grand jury discrimination
 *Ciudadanos Unidos v. Hidalgo County Grand Jury Commissioners &*
 *Caballero v. Prater* (Willacy County),
 622 F.2d 807 (5th Cir. 1980), *cert. denied*, 450 U.S. 964 (1981)
-- Establishing right of access to courts (law library and/or legal assistants) for
 county jail prisoners, *Morrow v. Harwell*, 768 F.2d 619 (5th Cir. 1985)
-- Eliminating statutory exclusion of farm and ranch laborers from
 Texas Workers' Compensation Act
 *Guadalupe Delgado v. Texas*, No. 356,714 (203rd Dist. Court, Travis County)
 *Puga v. Donna Fruit Co.*, 634 S.W.2d 677 (Tex. 1982)
-- Extending the Texas Equal Rights Amendment to minority voting and redistricting
 *Del Valle ISD v. López*, 863 S.W.2d 507 (Tex. App. - Austin 1993, writ denied)
 *Terrazas v. Ramírez*, 829 S.W.2d 712 (Tex. 1991)
 *Mena v. Richards*, No. C-454-91-F (Hidalgo County)
-- Establishing habeas corpus mechanism to review claims of innocence for
 persons sentenced to death
 *Holmes v. Third Court of Appeals*, 885 S.W.2d 389 (Tex. Crim. App. 1994)
-- Protecting rights of those with mental disabilities
 *Opal Petty v. Texas Dep't of Mental Health & Mental Retardation*,
 778 S.W.2d 156 (Tex. App. -- Austin 1989, writ dism'd w.o.j.) (class action)
 *Texas Dep't of Mental Health & Mental Retardation v. Petty*,
 848 S.W.2d 680 (Tex. 1992) (individual damage action)
-- Banning mandatory polygraph testing of state employees
 (privacy as fundamental right under Texas Constitution)
 *Texas State Employees Union v. Texas Dep't of Mental Health & Retardation*,
 746 S.W.2d 203 (Tex. 1987)
 *Woodland v. City of Houston*, 731 F.Supp 1304 (S.D. Tex. 1990)
-- Protecting union members from retaliatory termination
 *Vásquez v. Bannworths, Inc.*, 707 S.W.2d 886 (Tex. 1986)
-- Securing privacy rights of indigent probationers
 *Basaldúa v. Texas*, 558 S.W.2d 2 (Tex. Crim. App. 1977)
-- Removing exclusion of farm workers from Texas Unemployment Compensation Act
 *Roberto Camarena v. Texas Employment Comm'n*, 754 S.W.2d 149 (Tex. 1988)

-2-

-- Securing the right of blind people to use dog guides in public accommodations
>   *Franklin Johnson v. Gambrinus Company/Spoetzl Brewery*,
>   116 F.3d 1052 (5th Cir. 1997)

-- Extending free speech and free assembly rights to private shopping malls
>   *Nuclear Freeze Campaign v. Barton Creek Shopping Mall*,
>   No. 349,268 (126th District, Travis County)
>   *Albertson's v. United Farm Workers, AFL-CIO*,
>   856 S.W.2d 836 (Tex. App. - Austin 1993, writ denied)

-- Winning the right of blind voters to cast secret, adapted ballots
>   See *Lightbourne v. County of El Paso*, 118 F.3d 42 (5th Cir. 1997)

-- Seven McAllen police brutality suits (class actions)
>   *Guadalupe Cano v. Jesse Colbath*, No. 76-B-52 (U.S. Dist. Court, S. Dist.)

Lecturer, "Racially Motivated Violence -- Target: Hispanic Community,"
    Center for Criminal Justice, Harvard Law School (April 4, 1984)

Organizer, East Austin Legal Clinic (pro bono), 1986-1990

Board Member, Casa Marianella Refugee House (1995-1998)

Human rights delegations to Honduras and Nicaragua (1984), Chile (1987), Israel (1988), Guatemala (1992 and 1998), and Mexico (Chiapas 1999)

## PUBLICATIONS

*The Texas Bill of Rights: A Commentary & Litigation Manual.*
    (Butterworth Legal Publishers, 1987) (2nd ed., 1993)

*Sexual Harassment in Schools: What Students Suffer and What Schools Should Do* (edited)
    A Guide for Students and Their Parents (Texas Civil Rights Project, 1996)

*Opening the Doors Ourselves: A Non-Lawyer's Guide for Suing Under the ADA*
    (Texas Civil Rights Project, 1996)

*Our Texas Bill of Rights* (Texas Civil Rights Project, 1994) (two editions)

*Civil Liberties at Work: (What Everyone Who Looks for a Job, Has One, or Loses
    One Needs to Know About Texas and Federal Law Governing Rights in the Work
    Place and Job Market* (Texas Civil Liberties Foundation, 1985) (edited)

Conference manual, "Litigating Civil Rights in Texas State Courts" (edited),
    University of Texas School of Law (Continuing Legal Education, January 1985)

*Los Derechos de Gente Indocumentada e Imigrante*, Texas Civil Liberties Union (1985)

## ARTICLES (LEGAL)

*The ADA and Section 1983: Walking Hand-in-hand, Using the Americans with Disabilities Act to Re-Open the Civil Rights Door*, 19 REV.LITIG.435 (SUMMER 2000)

*Pencils within Reach and a Walkman or Two: Making the Secret Ballot Available to Voters Who Are Blind or Have Other Disabilities,* 4 TEXAS FORUM ON CIVIL LIBERTIES AND CIVIL RIGHTS 87 (1999)

*Fifth Circuit Survey: Civil Rights* (May 1997 - June 1998), 30 TEXAS TECH LAW REVIEW 507 (1999)

*Fifth Circuit Survey: Civil Rights* (May 1996 - June 1997), 29 TEXAS TECH LAW REVIEW 433 (1998)
*Fifth Circuit Survey: Civil Rights* (May 1995 - June 1996), 28 TEXAS TECH LAW REVIEW 367 (1997)
*Fifth Circuit Survey: Civil Rights* (May 1994 - June 1995), 27 TEXAS TECH LAW REVIEW 615 (1996)

*Texas' New Habeas Corpus: Kafkaesque and Probably Unconstitutional*,
    27 ST. MARY'S LAW JOURNAL 69 (1995) (Anne More Burnham, co-author)
*Fifth Circuit Survey: Civil Rights*, 26 TEXAS TECH LAW REVIEW 447 (1995)
*Legislative Redistricting in 1991-1992: The Texas Bill of Rights v. the Voting Rights Act*,
    26 ST. MARY'S LAW JOURNAL 33 (1994) (Judith Sanders-Castro, co-author)
*Does Real Innocence Count in Review of Capital Convictions?*,
    1 TEXAS FORUM ON CIVIL LIBERTIES & CIVIL RIGHTS 38 (Spring 1994)
*Fifth Circuit Survey: Civil Rights*, 25 TEXAS TECH LAW REVIEW 555 (1994)
*Framing a Texas Bill of Rights Argument*, 24 ST. MARY'S LAW JOURNAL 400 (Fall 1993)
*Mandatory Pro Bono: It is Constitutional*, 30 HOUSTON LAWYER 13 (1993)
*Free Speech, Press, and Assembly Liberties Under the Texas Bill of Rights and Civil Liberties*,
    68 TEXAS LAW REVIEW 1101 (1990)
*Reemergence of Texas Constitutional Protection*, 2 EMERGING ISSUES IN STATE CONSTITUTIONAL
    LAW 101 (Nat'l Assoc. of Attorneys General, Washington, D.C. 1989)
*Privacy and the Texas Constitution*, 13 VERMONT LAW REVIEW 155 (Spring 1988)
"Privacy Rights of Employees in Texas," *Texas Employment Law*. Sterling Press, 1989
"Will Texas Develop its Own Bill of Rights?", *Texas Politics Today* (4th ed.) (West, 1987)
*The Texas Bill of Rights and Civil Liberties*, 17 TEXAS TECH LAW Review 1487 (1986)

**ARTICLES (NON-LEGAL)** (sampling)
    "The *Hopwood* Decision: Setting the Stage for Resegregation," *Texas Lawyer* (April 8, 1996)
    "His Father's Son," *Texas Observer* (April 22, 1994), reviewing *A Justice for All: William J. Brennan and Decisions That Transformed America* (Simon & Schuster, 1993)
    "Hard Battles Won," *Texas Observer* (December 25, 1992), reviewing *A Season for Justice: The Life and Times of a Civil Rights Lawyer* by Morris Dees with Steve Fiffer (Touchstone Books: Simon & Schuster, 1992)
    "A Movement Stirs," *Texas Observer* (February 24, 1989), reviewing *Parting the Waters: America in the King Years, 1954-63* by Taylor Branch (Simon & Schuster: 1988)
    "*Greasers* Chronicles Texas Racism, Past and Present", *Texas Observer* (October 28, 1984), reviewing *They Called Them Greasers: Anglo Attitudes Toward Mexicans in Texas* by Arnoldo De León (University of Texas: Austin, 1984)
    "Will State Courts Deliver Us From Court Rulings?", *Texas Observer* (June 29, 1984)
    "The View from El Norte," *Texas Observer* (April 6, 1984), reviewing "El Norte" (Independent Productions, 1983)
    "Shaping Chilean History," *Texas Observer* (August 30, 1985), reviewing *The House of the Spirits* by Isabel Allende (Alfred A. Knopf, 1985) and *I Dreamt the Snow Was Burning* by Antonio Skarmeta (Readers International, 1985)
    "Odyssey of a Radical Christian," *Texas Observer* (Nov. 8, 1985), reviewing *To Be a Revolution-*

  *ary: An Autobiography* by J. Guadalupe Carney (Harper & Row 1985)
  "Yes, There Is a Texas Bill of Rights," 8 Newsletter: Law Focused Education 2 (May 1986), pp.3ff
  "Electing Judges the Populist Way," *Texas Lawyer* (March 7, 1988)
  Contributing Writer, *The Texas Observer* (1988-present)
  Numerous editorial opinion pieces on civil rights in national and Texas newspapers

**SEMINAR AND CONFERENCE PRESENTATIONS** (sampling)
  "Turn Up the Volume," A Campaign to Implement the Americans with Disabilities Act
    (sole trainer, day-long program for lawyers, advocates, and community people)
    (presented between 1995-1998 in twenty States and four U.S. territories)
  Speaker, English Only and Official Language (Southwest Conference on Latino Affairs)
    (Texas A&M University, February 1996)
  Keynote Speaker, Pennsylvania Protection & Advocacy, Inc. (Harrisburg, 1994)
    "Civil Rights and the Americans with Disabilities Act"
  Speaker, The Bill of Rights and Minorities (Sam Houston State University, 1991)
    "The Bill of Rights ... into the 21st Century" Symposium
  Panelist, Legal Services to the Poor: the Dream, the Reality, and the Future
    (Lyndon Baines Johnson Library, 1992)
  Keynote Speaker, Connecticut Bar Association (State Constitutions -- the New Federalism)
    (November 1990)
  Speaker, Labor & Employment Law for the General Practitioner
    (South Texas College of Law, 1988)
  Presenter, White House Conference for a Drug Free American (Albuquerque 1987)
  Speaker, Representing Employees: Compliance with Immigration Reform & Control Act
    (State Bar of Texas, August 1987)
  Numerous speaking engagements and Continuing Legal Education presentations in Texas and
    throughout country

**HONORS** (selected list)
  Certification of Appreciation, 25 Years of Legal Service to Low-Income Texans
    Texas Equal Access to Justice Foundation and State Bar of Texas (2000)
  Justin W. Dart Meritorious Award (Coalition of Texans with Disabilities, 1996)
  Texas Law Fellowships (University of Texas, 1995)
    Award for Excellence in Public Interest
  J. Chrys Dougherty Legal Services Award (State Bar of Texas, 1993)
  Civic Leadership Award (1992)
    Mexican American Legal Defense & Education Fund, Inc.
  Judge John Wisdom Public Service and Professionalism Award
    American Bar Association, Section of Litigation (1990)
  Trial Lawyer of the Year (1989 national co-winner),
    Trial Lawyers for Public Interest (Washington, D.C.)
  Austin Dispute Resolution Center (1987)

-6-

    University of Texas Chicano Law Students Ass'n Achievement Award (1987 and 1984)
    State Bar of Texas Professional Development Program (1987)
    Capitol Area Mexican-American Lawyers (1985)
    Cameron County Certificate of Merit (1984)
    Thurgood Marshall School of Law Chicano Law Students Ass'n (1983)

**More information at *www.TexasCivilRightsProject.org***