United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL | § | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD | § | |
| Superintendent, INA TAMEZ, Rio Hondo High | § | |
| School Principal, and DAVID ROBLEDO, Rio | § | |
| Hondo High School Athletic Director, in their | § | |
| individual and official capacities, | § | |
| Defendants | § | **JURY DEMANDED** |

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Julie Chancler respectfully files this supplemental documentation related to her request that this Court grant her leave to file and serve her First Amended Complaint.

1. The attached is Plaintiff's "notice of right to sue" letter received by counsel for Plaintiff on August 2, 2002, from the United States Department of Justice. The letter is attached hereto as Exhibit A.

### CONCLUSION & PRAYER

For the reasons stated in Plaintiff's original Motion for Leave to File, Plaintiff therefore respectfully requests that she be granted leave to file her First Amended Complaint.

Dated: August 7, 2002.

Respectfully submitted,

James C. Harrington
State Bar No. 09048500
Andrea M. Gunn
State Bar No. 24027056

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.
Austin, TX 78702-1344
   (512) 474-5073 [telephone]
   (512) 474-0726 [facsimile]

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent via facsimile and U.S. Post to counsel for Defendants at the following:

Eileen Leeds/Seth Moore
Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
956/541-1893 [facsimile]

Andrea M. Gunn

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL | § | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD | § | |
| Superintendent, INA TAMEZ, Rio Hondo High | § | |
| School Principal, and DAVID ROBLEDO, Rio | § | |
| Hondo High School Athletic Director, in their | § | |
| individual and official capacities, | § | |
| Defendants | § | **JURY DEMANDED** |

**PLAINTIFF'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT**

# EXHIBIT A:

# "NOTICE OF RIGHT TO SUE IN 90 DAYS" LETTER TO PLAINTIFF FROM USDOJ



**U.S. Depart   at of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

RECEIVED
AUG 2 - 2002
TCRP

CERTIFIED MAIL
0921 1523

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4040*
*Washington, DC 20530*

July 26, 2002

Ms. Julie Chancler
c/o Andrea M. Gunn, Esquire
Texas Civil Rights Project
Attorneys at Law
2212 E. MLK Blvd.
Austin, TX  78702-1344

Re: EEOC Charge Against City of Rio Hondo, Independent School Dist., et al.
    No. 360A200437

Dear Ms. Chancler:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Ralph F. Boyd, Jr.
Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*

Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc: San Antonio District Office, EEOC
    City of Rio Hondo, Independent School Dist., et al.