UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JULIE CHANCLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-207 |
| | § | (Jury Requested) |
| RIO HONDO INDEPENDENT | § | |
| SCHOOL DISTRICT, ROLANDO PENA, | § | |
| INA TAMEZ, AND DAVID ROBLEDO, in their | § | |
| individual and official capacities | § | |

## AGREED MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE,

COMES NOW Plaintiff JULIE CHANCLER, and Defendants RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, and DAVID ROBLEDO in their individual and official capacities, and file this, their Agreed Motion for Continuance and Extension of Deadlines and in support thereof would show as follows:

1.  Plaintiff Julie Chancler brought various causes of action against Defendants, claiming she suffered adverse employment decisions and was retaliated against on the basis of her sex and because she raised concerns about Title IX equity within the Rio Hondo Independent School District. This court signed an order on July 5, 2002, which the parties believed dismissed the Plaintiff's case in full. As a result, all parties ceased discovery. The court clarified its dismissal order on August 20, 2002, allowing Plaintiff to file an amended complaint and bring new causes of action under Title VII. Plaintiff recently filed a first amended complaint, bringing claims under Title IX, Title VII, the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, the Texas Constitution, and Chapter 106 of the Texas Civil Practice and Remedies Code. Plaintiff and Defendants now file this, their Agreed Motion for Continuance and Extension of Deadlines.

2. This case is set for jury selection on October 7, 2002. The discovery deadline of August 16, 2002 passed during the time the parties believed the case to be dismissed. The deadline for dispositive motions is set for September 16, 2002. Plaintiff and Defendants respectfully request this court to continue the case for at least 120 days, and to enlarge the time for discovery and dispositive motions at least 120 days as well.

3. Attorneys for all parties agree to this continuance and enlargement of time, and have signed this motion. All parties require further time to perform discovery and prepare their cases, as the legal issues involved in this matter are complex, and Plaintiff has just recently been granted leave to file Title VII claims. This motion is not filed for delay, but so that justice may be done.

4. WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that upon consideration, this Agreed Motion for Continuance and Extension of Deadlines be granted, that trial of this matter be continued for at least 120 days, and that the time for discovery and dispositive motions be enlarged 120 days as well.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

BY: _Eileen Leeds w/p Am_
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANTS**

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas  78702-1344
Telephone     : (512) 474 - 5073
Facsimile     : (512) 474 - 0726

BY: _/s/ Andrea M. Gunn w/p sm_
JAMES C. HARRINGTON
State Bar No. 09048500
USDC Adm. No.

ANDREA M. GUNN
State Bar No.  24027056
USDC Adm. No.  26952

**ATTORNEYS FOR PLAINTIFF**

SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANTS**

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344
Telephone : (512) 474 - 5073
Facsimile : (512) 474 - 0726

BY: _____
JAMES C. HARRINGTON
State Bar No. 09048500
USDC Adm. No.

ANDREA M. GUNN
State Bar No. 24027056
USDC Adm. No. 26952

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing AGREED MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES has been served by mailing same, Certified Mail, Return Receipt Requested to all counsel of record, as follows:

James C. Harrington
Andrea M. Gunn
TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344

on this 29th day of August, 2002

_____
EILEEN LEEDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-207 |
| | § | (Jury Requested) |
| RIO HONDO INDEPENDENT | § | |
| SCHOOL DISTRICT, ROLANDO PENA, | § | |
| INA TAMEZ, AND DAVID ROBLEDO, in their | § | |
| individual and official capacities | § | |

## ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' AGREED MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES

On this the _____ day of _____, 2002, came on for consideration Plaintiff's and Defendants' Agreed Motion for Continuance and Extension of Deadlines, and it appearing to the Court that said Motion is well taken.

IT IS, THEREFORE, ORDERED that this Agreed Motion for Continuance and Extension of Deadlines be GRANTED, that the time for discovery and filing of dispositive motions be enlarged by 120 days, and that trial of this matter be continued.

SIGNED FOR ENTRY this _____ day of _____, 2002

_____
UNITED STATES DISTRICT JUDGE PRESIDING