UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JULIE CHANCLER § § | |
| VS. § § | CIVIL ACTION NO. B-01-207 (Jury Requested) |
| RIO HONDO INDEPENDENT § SCHOOL DISTRICT, ROLANDO PENA, § INA TAMEZ, AND DAVID ROBLEDO, in their § individual and official capacities § | |

**ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' AGREED MOTION
FOR CONTINUANCE AND EXTENSION OF DEADLINES**

On this the 11th day of September, 2002, came on for consideration Plaintiff's and Defendants' Agreed Motion for Continuance and Extension of Deadlines, and it appearing to the Court that said Motion is well taken.

IT IS, THEREFORE, ORDERED that this Agreed Motion for Continuance and Extension of Deadlines be GRANTED, that the time for discovery and filing of dispositive motions be enlarged by 120 days, as follows:

| | |
|---|---|
| Discovery must be completed by: | December 16, 2002 |
| Dispositive Motions will be filed by: | January 14, 2003 |
| Joint pre-trial order is due: | January 21, 2003 |
| ~~Docket call and~~ final pre-trial ~~conference~~ is set for ~~1:30 p.m. on~~ 8:30 a.m. before Judge Filemon B. Vela | ~~January 28, 2003~~ January 30, 2003 |
| Jury selection is set for 8:30 a.m. on: before Judge Filemon B. Vela | ~~February 3, 2003~~ January 31, 2003 |
| Trial on the merits before Judge Filemon B. Vela | February, 2003 docket call |

~~and that trial of this matter be continued.~~

SIGNED FOR ENTRY this __11TH__ day of __SEPTEMBER__, 2002

_____
U~~NITED~~ STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE