

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-207 |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES | § § § § | |

**United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk**

### ORDER

Having reviewed the September 11, 2002 Order Granting Plaintiff's and Defendants' Agreed Motion for Continuance and Extension of Deadlines (Docket No. 24), the following scheduling changes are made:

1. The final pretrial scheduled before Judge Filemon B. Vela January 30, 2003 at 8:30 a.m. will be held before Judge Andrew S. Hanen February 6, 2003 at 8:30 a.m.

2. Jury selection scheduled before Judge Filemon B. Vela, January 31, 2003 at 8:30 a.m. will be held before Judge Andrew S. Hanen, February 7, 2003 at 9:00 a.m.

3. The February, 2003 trial scheduled before Judge Filemon B. Vela will be before Judge Andrew S. Hanen.

All other settings will remain the same.

DONE at Brownsville, Texas, this 12th day September, 2002.

John Wm. Black
United States Magistrate Judge