UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 10 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
|     Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL | § | |
| DISTRICT, ROLANDO PEÑA, Rio Hondo ISD | § | |
| Superintendent, INA TAMEZ, Rio Hondo High | § | |
| School Principal, and DAVID ROBLEDO, Rio | § | |
| Hondo High School Athletic Director, in their | § | |
| individual and official capacities, | § | |
|     Defendants | § | **JURY DEMANDED** |

## MOTION TO WITHDRAW AS CO-COUNSEL

Andrea M. Gunn of the Texas Civil Rights Project ("TCRP") moves this Court for an order allowing her to withdraw as co-counsel for Plaintiffs in the captioned proceeding. In support, Ms. Gunn states that she has left the employment of TCRP effective September 20, 2002, and James C. Harrington of the TCRP will continue to represent Plaintiffs in this case.

Dated: September 26, 2002

                                                            Respectfully submitted,

                                                            /s/ Andrea M. Gunn

                                                           James C. Harrington
                                                           State Bar No. 09048500
                                                           Andrea M. Gunn
                                                           State Bar No. 24027056
                                                           TEXAS CIVIL RIGHTS PROJECT
                                                           2212 E. Martin Luther King Blvd.
                                                           Austin, Texas 78702-1344
                                                             (512) 474-5073 [telephone]
                                                              (512) 474-0726 [facsimile]

                                                          ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent via facsimile and mailed, with postage pre-paid, on September 26, 2002:

> Eileen Leeds/Seth Moore
> Willette & Guerra, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> 956/541-1893 [facsimile]

_____
Andrea M. Gunn