UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JULIE CHANCLER, | § | |
| Plaintiff | § | Civil Action No. B-01-207 |
| | § | |
| v. | § | |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PEÑA, Rio Hondo ISD Superintendent, INA TAMEZ, Rio Hondo High School Principal, and DAVID ROBLEDO, Rio Hondo High School Athletic Director, in their individual and official capacities, | § | |
| Defendants | § | **JURY DEMANDED** |

### ORDER ON MOTION TO WITHDRAW

The Court, having considered Andrea M. Gunn's Motion to Withdraw as Co-Counsel (Docket No. 26) orders the following:

Andrea M. Gunn's Motion to Withdraw as Co-Counsel is hereby GRANTED.

Signed this 15 day of October, 2002

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

3