UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JULIE CHANCLER | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-207 (Jury Requested) |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, in their individual and official capacities | § § § § § | |

## AGREED MOTION FOR EXTENSION OF DISCOVERY DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE,

COMES NOW Plaintiff JULIE CHANCLER, and Defendants RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, and DAVID ROBLEDO in their individual and official capacities, and file this, their Agreed Motion for Extension of Discovery Deadlines and in support thereof would show as follows:

1. Plaintiff Julie Chancler brought various causes of action against Defendants, claiming she suffered adverse employment decisions and was retaliated against on the basis of her sex and because she raised concerns about Title IX equity within the Rio Hondo Independent School District. This court signed an order on July 5, 2002, which the parties believed dismissed the Plaintiff's case in full. As a result, all parties ceased discovery. The court clarified its dismissal order on August 20, 2002, allowing Plaintiff to file an amended complaint and bring new causes of action under Title VII. Plaintiff recently filed a first amended complaint, bringing claims under Title IX, Title VII, the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, the Texas

Constitution, and Chapter 106 of the Texas Civil Practice and Remedies Code. Plaintiff and Defendants now file this, their Agreed Motion for Extension of Discovery Deadlines.

2. This case is set for jury selection on February 7, 2003. The current discovery deadline is December 16, 2002. The parties do not believe they will be able to complete all necessary discovery and prepare their cases within this time frame. As such, Plaintiff and Defendants respectfully request this court to enlarge the time for discovery for at least Thirty (30) days.

3. Attorneys for all parties agree to this enlargement of time, and have signed this motion. All parties require further time to perform discovery and prepare their cases, as the legal issues involved in this matter are complex, and Plaintiff has just recently been granted leave to file Title VII claims. This motion is not filed for delay, but so that justice may be done.

4. WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that upon consideration, this Agreed Motion for Extension of Discovery Deadlines be granted, and that the time for discovery deadline be enlarged at least 30 days.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

BY: _____
   EILEEN LEEDS
   State Bar No. 00791093
   USDC Adm. No. 16799
   **SETH MOORE**
   State Bar No. 24027522
   USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANTS**

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas  78702-1344
Telephone     : (512) 474 - 5073
Facsimile     : (512) 474 - 0726

BY: _____
SHERI TOLLIVER
State Bar No. 24028050
USDC Adm. No.

**ATTORNEYS FOR PLAINTIFF**

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344
Telephone : (512) 474 - 5073
Facsimile : (512) 474 - 0726

BY: _/s/ Sheri Tolliver_
SHERI TOLLIVER
State Bar No. 24028050
USDC Adm. No.

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing AGREED MOTION FOR EXTENSION OF DISCOVERY DEADLINES has been served by mailing same, Certified Mail, Return Receipt Requested to all counsel of record, as follows:

Sheri Tolliver
TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344

on this _15_ day of November, 2002

                                                        EILEEN LEEDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-207 |
| | § | (Jury Requested) |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, in their individual and official capacities | § § § § | |

**ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' AGREED MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

On this the _____ day of _____, 2002, came on for consideration Plaintiff's and Defendants' Agreed Motion for Extension of Discovery Deadlines, and it appearing to the Court that said Motion is well taken.

IT IS, THEREFORE, ORDERED that this Agreed Motion for Extension of Discovery Deadlines be GRANTED, that the time for discovery be enlarged at least Thirty (30) days.

SIGNED FOR ENTRY this _____ day of _____, 2002

_____
UNITED STATES DISTRICT JUDGE PRESIDING