UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk:

| | |
|---|---|
| JULIE CHANCLER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-207 |
| § | (Jury Requested) |
| RIO HONDO INDEPENDENT § | |
| SCHOOL DISTRICT, ROLANDO PENA, § | |
| INA TAMEZ, AND DAVID ROBLEDO, in their § | |
| individual and official capacities § | |

**ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' AGREED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES**

On this the 26th day of November, 2002, came on for consideration Plaintiff's and Defendants' Agreed Motion for Extension of Discovery Deadlines, and it appearing to the Court that said Motion is well taken.

IT IS, THEREFORE, ORDERED that this Agreed Motion for Extension of Discovery Deadlines be GRANTED, that the time for discovery be enlarged at least Thirty (30) days.

SIGNED FOR ENTRY this 26th day of November, 2002

_____
UNITED STATES DISTRICT JUDGE PRESIDING