United States District Court
Southern District of Texas
FILED

FEB 0 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>FINAL PRETRIAL CONFERENCE</u>

CIVIL ACTION NO. <u>B-01-207</u>      DATE & TIME <u>2/6/03 @ 9:17 - 9:18 am</u>
                                                 10:21 - 10:22 am

JULIE CHANCLER

VS

RIO HONDO INDEPENDENT SCHOOL
DISTRICT, ET AL

---

Courtroom Deputy:  Irma Soto
Law Clerk:         Christian Southwick
Court Reporter:    Barbara Barnard
CSO:               D. Figueroa

Case called on the docket. Parties not present. Court will enter order of dismissal for want of prosecution. Parties failed to appear as per Judge Black's Order entered on 9/12/02.

Court is adjourned.