IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JULIE CHANCLER | § | |
| | § | |
| VS. | § | CA B-01-207 |
| | § | |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ET AL | § | |
| | § | |

### ORDER OF DISMISSAL

Final Pretrial Conference was set for February 6, 2003 @ 8:30 am before Judge Andrew S. Hanen as per Order dated September 12, 2002 entered by Judge Black. Parties failed to appear.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice for want of prosecution for failure of parties to appear.

The Clerk shall provide copies to all parties of record.

DONE at Brownsville, Texas, this 6th day of February, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE