Case 1:01-cv-00207   Document 33   Filed in TXSD on 02/10/2003   Page

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-207 |
| | § | (Jury Requested) |
| RIO HONDO INDEPENDENT | § | |
| SCHOOL DISTRICT, ROLANDO PENA, | § | |
| INA TAMEZ, AND DAVID ROBLEDO, in their | § | |
| individual and official capacities | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, Defendants in the above entitled cause of action, and JULIE CHANCLER, Plaintiff, and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof show:

1.01  The Defendants and Plaintiff, by and through their attorneys of record, have informed the Court that this matter has been compromised and settled, and that the Plaintiff and Defendants hereby pray that all causes of action herein be dismissed with prejudice as of the settlement.

1.02  This case is not a class action and a receiver has not been appointed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff JULIE CHANCLER and Defendants RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES request this Court to enter an Order dismissing this suit with prejudice as to Defendants RIO HONDO

INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, with all Court costs to be borne by the party incurring same.

    Respectfully submitted,

    TEXAS CIVIL RIGHTS PROJECT
    2212 E. Martin Luther King Blvd.,
    Austin, Texas 78702-1344
    Telephone   : (512) 474-5073
    Facsimile    : (512) 474-0726

By: _____
    SHERI TOLLIVER
    State Bar No. 24028050
    USDC Adm. No.

**ATTORNEYS FOR PLAINTIFF
JULIE CHANCLER**

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone   : (956) 541-1846
Facsimile    : (956) 541-1893

By: _____
    EILEEN LEEDS
    State Bar No. 00791093
    USDC Adm. No. 16799

**ATTORNEY FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE CHANCLER | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-207 (Jury Requested) |
| RIO HONDO INDEPENDENT SCHOOL DISTRICT, ROLANDO PENA, INA TAMEZ, AND DAVID ROBLEDO, in their individual and official capacities | § § § § § | |

## AGREED ORDER ON STIPULATION OF DISMISSAL

The Plaintiff Julie Chancler and Defendants Rio Hondo Independent School District, Rolando Pena, Ina Tamez, And David Robledo, in their Individual And Official Capacities, by and through their attorneys of record, have informed the Court that this matter has been compromised and settled, and the Plaintiff and Defendants have prayed that all causes as to Rio Hondo Independent School District, Rolando Pena, Ina Tamez, And David Robledo, in their Individual And Official Capacities, be dismissed with prejudice as of this settlement, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's cause be dismissed as to the Defendants, with prejudice against all parties to file any same or similar actions, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this _____ day of _____, 2003.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND SUBSTANCE:**

TEXAS CIVIL RIGHTS PROJECT
2212 E. Martin Luther King Blvd.,
Austin, Texas 78702-1344
Telephone    : (512) 474-5073
Facsimile    : (512) 474-0726


By: *[signature]*
SHERI TOLLIVER

**ATTORNEYS FOR PLAINTIFF
JULIE CHANCLER**


WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893


By *[signature]* w/p mm
EILEEN M. LEEDS

**ATTORNEYS FOR DEFENDANTS**


Copies to:

Ms. Sheri Tolliver, Texas Civil Rights Project, 2212 E. Martin Luther King Blvd., Austin, Texas 78702-1344
Mr. Eileen Leeds, Willette & Guerra, L.L.P., 3505 Boca Chica Blv, Suite 460, Brownsville, Texas 78521